**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEETARAM RAMLAGAN, on behalf of himself and all others similarly situated, | Case No. 1:18-cv-01065-MKB-RER |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| -against- | |
| GC SERVICES LIMITED PARTNERSHIP | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's

attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with

prejudice, without costs, or disbursements, or attorneys' fees to any party.


Dated:    Brooklyn, New York
          December 10, 2018


                         Respectfully submitted,

                         By:  /s/ Daniel Cohen
                         Daniel Cohen, Esq.
                         Daniel Cohen PLLC
                         300 Cadman Plaza W, 12th floor
                         Brooklyn, New York 11201
                         Phone: (929) 575-4175
                         Fax:    (929) 575-4195
                         Email: Dan@dccohen.com
                         *Attorneys for Plaintiff*